IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRADLEY GOLDOWSKY, on behalf of himself and all others similarly situated, | § § § § § | |
| Plaintiffs, | | |
| v. | § § | Civil Action No. 3:21-CV-00397-E |
| EXETER FINANCE CORP., | § § § | |
| Defendant. | § | |

**ORDER**

Finding this cause should be reopened, the Court instructs the United States District Clerk to reopen the above-styled and numbered cause.

SO **ORDERED**; signed April 29, 2021.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE